Certificate Number: 05781-LAM-DE-041172301

Bankruptcy Case Number: 26-10352



05781-LAM-DE-041172301

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 6, 2026</u>, at <u>12:30</u> o'clock <u>PM PDT</u>, <u>Dr. Crystal Vance</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Louisiana</u>.

Date:   <u>July 6, 2026</u>            By:     <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title:   <u>President</u>